CHARLES KALB, Appellant, v. BOCKAL DEVELOPMENT CO., INC., and Others, Defendants. STANDARD ICE CO., INC., Respondent.— Order granting motion to set aside sale and directing a resale affirmed, with ten dollars costs and disburse-

ments. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.